EMILIA PÉREZ PADRÓN, demandante y apelante, *v.* EDWARD LUTZ y OSCAR B. FRAZER, demandados y apelados.

No. 5199.—*Sometido:* Noviembre 20, 1930. *Resuelto:* Noviembre 21, 1930.

R. *Sancho Bonet,* abogado de la apelante; O. B. *Frazer & Castro Fernández,* abogados del apelado Frazer.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

Emilia Pérez Padrón entabló pleito contra Edward Lutz y Oscar B. Frazer por daños y perjuicios provenientes del alegado quebrantamiento de un contrato. Se alegaba que Frazer había actuado como agente y apoderado de Lutz. La corte de distrito sostuvo la excepción previa de indebida acumulación de partes. La actora enmendó su demanda y

eliminó a Frazer, quien entonces solicitó y obtuvo una sentencia por costas.

El único señalamiento es que la corte erró al sostener la moción de Frazer y al desestimar la acción en cuanto a él.

Para apoyar su contención, la apelante cita de Sutherland, Code Pleading Practice and Forms, lo siguiente:

"Así, pues, si un demandado excepciona una demanda por indebida acumulación de partes demandadas, y se enmienda la demanda en el sentido de obviar la objeción, omitiendo al demandado que fué erróneamente incluído, una excepción previa posterior por haberse dejado de hacer parte a tal demandado omitido, no debe sostenerse." Tomo 1, página 477.

En el caso de autos no se formuló ninguna "excepción previa posterior por haberse dejado de hacer parte a tal demandado omitido," y la única autoridad invocada por la apelante no es aplicable.

*Debe confirmarse la sentencia apelada.*